■ In the Matter of the Estate of MARGARET YOUNG, Deceased. KATHLEEN TAYLOR, Appellant; CAROL A. TOMPKINS,

Respondent. [619 NYS2d 678] —Appeal by the claimant Kathleen Taylor from an order of the Surrogate's Court, Nassau County (Radigan, J.), dated December 30, 1992.

Ordered that the order is affirmed, with costs payable by the claimant personally, for reasons stated by Surrogate Radigan in his memorandum decision at the Surrogate's Court, Nassau County, dated December 9, 1992. Thompson, J. P., Lawrence, O'Brien and Krausman, JJ., concur.